1  Manuel de la Cerra (SBN 189313)
   THE LAW OFFICE OF
2  MANUEL DE LA CERRA
   6885 Catamaran Drive
3  Carlsbad, CA 92011
   Telephone: 760-809-5520
4  Facsimile: 760-269-3542
   E-mail: manny@delacerralaw.com
5
   Attorney for Plaintiff
6  TOESOX, INC.

7               UNITED STATES DISTRICT COURT

8          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9                    SAN DIEGO DIVISION

10

    TOESOX, INC., a California Corporation,        **COMPLAINT FOR PATENT**
11                                                 **INFRINGEMENT OF**
                     Plaintiff,                    **U.S. PAT. 7,346,935**
12
    v.                                             **'11CV2437 JAH NLS**
13
    BODY UP FITNESS, LLC, a Florida Limited
14  Liability Company,

15                   Defendant.

16        The BODY UP FITNESS, LLC manufactures, sells, offers for sales, imports and uses a

17  five-toed socks labeled "toe socks" and "toeless socks" under the brand "BODY UP" (hereinafter

18  "the BODY UP socks").   The BODY UP socks infringe several claims of U.S. Patent No.

19  7,346,935, the currently exclusively assignee of which is Plaintiff TOESOX, INC.   Accordingly,

20  Plaintiff alleges and complains of Defendant BODY UP FITNESS, LLC as follows:

21                              **PARTIES**

22        1.      Plaintiff TOESOX, INC is a corporation organized and existing under the laws of

23  the State of California and has a principal place of business in Vista California.

24        2.      Defendant BODY UP FITNESS, LLC ("BODY UP") is a limited liability

25  company organized and existing under the laws of the State of Florida and has a principal place

26  of business listed on its website at 12240 SW 128 Ct. Unit 110, Miami, FL 33186 and a principal

27  place of business listed on the Florida Secretary of State records at 9567 SW 67 Court, Miami FL

28  33156.   The designated agent for service of process for BODY UP is Luciana Almeida, 9567

1  SW 67 Court, Miami FL 33156. BODY UP contracts with several retail stores to promote and

2  sell its products throughout the United States, including according to its website "fitness centers

3  and fashion malls at: Los Angeles, CA, San Francisco, CA, San Diego, CA."

4

5  **JURISDICTION AND VENUE**

6      3.    This Court has personal jurisdiction over Defendant BODY UP under Fed. R. Civ.

7  P. 4(k)(1)(A) and California's long-arm statute, Cal. Civ. Proc. Code § 410.10, as Defendant has

8  continuous business contacts with the State of California, has a business presence in the state of

9  California and has committed the complained-of acts in California, thereby causing damage to

10  Plaintiff in this judicial district.

11      4.    This Court has subject matter jurisdiction pursuant to the patent laws of the United

12  States, 35 U.S.C. §§ 1 et seq., and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1338(a).

13      5.    Venue is proper in this district under 28 U.S.C. § 1400 because BODY UP has

14  committed acts of infringement and has a regular and established place of business in this district.

15

16  **BACKGROUND FACTS**

17      6.    On March 25, 2008, United States Patent No. 7,346,935 entitled "Stretchable High

18  Friction Socks" ("the '935 patent") was duly and legally issued to Joe Patterson. A true copy of

19  the '935 patent is attached hereto as Exhibit A.

20      7.    TOESOX is the owner by assignment of the '935 patent with full and exclusive

21  right to bring suit to enforce this patent.

22      8.    The '935 patent relates generally to foot apparel, including a woven sock having a

23  multitude of high friction buttons arrayed around the bottom thereof.

24      9.    BODY UP has been and is infringing, contributing to infringement, and/or inducing

25  others to infringe the '935 patent by making, using, offering for sale, selling and/or importing the

26  BODY UP socks.  Defendant's acts of infringement have occurred within this district and

27  elsewhere throughout the United States.

28      10.    BODY UP has willfully infringed the '935 patent by continuing its acts of

1   infringement after being on notice of these patents.

2   **COUNT 1: PATENT INFRINGEMENT**

3       11.   TOESOX hereby realleges and incorporates by this reference paragraphs 1

4   through 12 above as though fully set forth herein.

5       12.   In violation of 35 U.S.C. § 271, BODY UP has infringed and is continuing to

6   infringe, literally and/or under the doctrine of equivalents, the '935 patent by practicing one or

7   more claims of the '935 patent in its manufacture, use, offering for sale, sale and importation of

8   the BODY UP socks.

9       13.   TOESOX has been damaged by BODY UP's infringement and, unless BODY UP

10  is enjoined BODY UP will continue their infringing activity and TOESOX will continue to be

11  damaged.

12      14.   WHEREFORE, Plaintiff TOESOX prays for the following relief against BODY

13  UP:

14          •  a preliminary and permanent injunction against BODY UP, its officers, agents,

15             servants, employees, attorneys, all parent and subsidiary corporations, all

16             assignees and successors in interest, and those persons in active concert or

17             participation with BODY UP, enjoining it from continuing acts of

18             infringement of the '935 Patent;

19          •  an award of damages under 35 U.S.C. § 284 for BODY UP's infringement of

20             the '935 Patent, together with pre-judgment and post-judgment interest;

21          •  a trebling of said damages pursuant to 35 U.S.C. § 284;

22          •  an award of attorney's fees pursuant to 35 U.S.C. § 285; and

23          •  any such other relief that this Court deems just and proper.

    DATED: October 19, 2011          Respectfully submitted,

24

25                   THE LAW OFFICE OF
                 Manuel de la Cerra

26

27                   By: _____

28                      Manuel de la Cerra
                    Attorney for Plaintiff
                    TOESOX, INC. a California Corporation.

**DEMAND FOR JURY TRIAL**

Plaintiff respectfully demands a trial by jury on all issues so triable.

DATED: October 19, 2011

Respectfully submitted,

THE LAW OFFICE OF
MANUEL DE LA CERRA

By: _____
Manuel de la Cerra
Attorney for Plaintiff
TOESOX, INC. a California Corporation.

# EXHIBIT A



(12) **United States Patent**
Patterson

(10) Patent No.: **US 7,346,935 B1**
(45) Date of Patent: **Mar. 25, 2008**

(54) **STRETCHABLE HIGH FRICTION SOCKS**

(75) Inventor: **Joe Patterson**, San Pedro, CA (US)

(73) Assignee: **ToeSox, Inc.**, Carlsbad, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/179,068**

(22) Filed: **Jul. 12, 2005**

(51) Int. Cl.
*A43B 17/00* (2006.01)

(52) U.S. Cl. ...................................... **2/239**

(58) Field of Classification Search ........... 2/239–242, 2/409, 22; 66/185, 183, 178 R
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,308,483 A | 7/1919 | Craighead | |
| 1,314,356 A | * 8/1919 | Nordblad | 66/187 |
| 2,179,124 A | * 11/1939 | Jesnig | 36/8.1 |
| 3,128,763 A | 4/1964 | Langenfeld et al. | |
| 3,676,940 A | * 7/1972 | Shively | 36/8.1 |
| 4,146,935 A | * 4/1979 | Hinton | 2/161.3 |
| 4,322,894 A | 4/1982 | Dykes | |
| 4,651,354 A | 3/1987 | Petry | |

| | | | |
|---|---|---|---|
| 4,728,538 A | * 3/1988 | Kaspar et al. | 427/288 |
| 4,775,345 A | * 10/1988 | Gifford | 441/75 |
| 5,205,071 A | 4/1993 | Hergenroeder | |
| 5,737,776 A | * 4/1998 | Jennings | 2/409 |
| 5,774,898 A | 7/1998 | Malpee | |
| 6,016,575 A | 1/2000 | Prychak | |
| 6,138,281 A | * 10/2000 | Chiaruttini | 2/239 |
| 6,158,253 A | * 12/2000 | Svoboda et al. | 66/178 R |
| 6,367,087 B1 | * 4/2002 | Spillman et al. | 2/239 |
| 6,378,139 B1 | * 4/2002 | Mazzaglia | 2/242 |
| D480,554 S | * 10/2003 | Roddy et al. | D2/989 |
| 6,708,348 B1 | 3/2004 | Romay | |
| 6,766,536 B1 | 7/2004 | Aarons | |
| 7,012,525 B1 | * 3/2006 | Ghioto | 340/552 |
| 7,107,626 B1 | 9/2006 | Andrews | |
| 2002/0000003 A1 | * 1/2002 | Boersema | 2/239 |
| 2003/0074718 A1 | * 4/2003 | English | 2/239 |
| 2004/0221371 A1 | * 11/2004 | Kato | 2/239 |
| 2005/0091725 A1 | 5/2005 | Alley | |
| 2005/0091729 A1 | 5/2005 | Alley | |
| 2005/0144703 A1 | * 7/2005 | Hilbert | 2/239 |
| 2006/0026740 A1 | * 2/2006 | Vargas et al. | 2/239 |

* cited by examiner

*Primary Examiner*—Alissa Hoey
(74) *Attorney, Agent, or Firm*—Manuel F. de la Cerra

(57) **ABSTRACT**

A woven sock body having a multitude of high friction dots defining friction buttons arrayed around the bottom thereof.

**8 Claims, 3 Drawing Sheets**







FIG.4

FIG.5

FIG.6

FIG.7



FIGURE 8

US 7,346,935 B1

**1**

# STRETCHABLE HIGH FRICTION SOCKS

## CROSS-REFERENCES TO RELATED APPLICATIONS

Text

## FIELD OF THE INVENTION

The present invention relates generally to socks and particularly to low profile active wear socks that can be worn for various exercises and disciplines and particularly pilates, yoga, karate, gymnastics and other floor sports.

## BACKGROUND OF THE INVENTION

### Description of the Prior Art

Various slippers and footwear have been proposed for use in active routines involving quick precise movement on a floor surface. Early work led to the proposal of stockings formed with tubes for receipt of a wearer's toes so that the toes could be articulated in use. A stocking of this type is shown in U.S. Pat. No. 1,308,483 to Craighead.

Other efforts have led to the proposal of socks of various configurations to address issues of perspiration. One such dry sock system is shown in U.S. Pat. No. 6,016,575 to Prychak. This sock is constructed with an upper portion fabricated from an elastomeric material and a lower portion constructed from an absorbent material and including toe sections. Socks of this type are satisfactory for their intended purpose but suffer the shortcoming that participants involved in active floor sports wearing such socks would not typically enjoy feeling of firm and reliable gripping with the underlying floor.

Various footwear has been proposed to enhance the performance of, for instance, track and field participants. In this regard, it has been proposed to construct a form fitting foot and toe cover from a stretchable fabric and to apply a rubber like material by a spatula to the entire bottom of the covering or to specific selected areas to act as spikes as by a hot melt glue. A device of this type is shown in U.S. Pat. No. 4,651,354 to Petrey. Petrey purposes that the rubberized material be built up to form a spike shape for better grip of the track or playing field. While satisfactory for track or field sports, such coverings have the shortcoming that the rubberized pads or spikes do not typically provide for firm gripping with a floor surface and, for instance, pilates. Furthermore, full sole coverings or spike-like patches do not lend to use or comfortable low profile relatively thin woven sock material and would likely be subject to cracking as the material was flexed in use.

The need for anti-skid gloves and footwear in high disciplined yoga exercises has long been recognized. In this regard, it has been proposed to provide footwear constructed of leather and covered in certain areas by a rubber material. Device of this type are shown in U.S. Pat. No. 6,766,536 to Aarons. While providing some support against slippage, devices of this type suffer the shortcoming that the footwear does not provide for a high degree of flexing and identical toe tubes and fails to afford the tactility simulating the feel of bare foot exercises.

Other efforts to provide gloves and socks for yoga activity has led to a proposal that a sock be formed with a separate big toe tube, the remaining toes being housed together at the end of the sock and a low coefficient of friction material be added. A device of this type is shown in Publication No.

**2**

2005/0091729 published May 5, 2005 to Alley. Such socks suffer a number of shortcomings including the fact that for pilate applications it is important that the five toes of the foot be allowed to spread apart during the athletic maneuvers involved and that all five toes have a high coefficient grip with the underlying floor surface.

Other athletic socks have been proposed which include separate toe compartments and are designed particularly for athletic activity. Such a sock is shown in U.S. Pat. No. 6,708,348 to Romay. Socks of this type suffer the shortcoming that, in addition to being relatively expensive to manufacture, they have a relatively slippery sole surface which discourages use in direct contact with floor exercises.

## SUMMARY OF THE INVENTION

The gripping sock of the present invention is characterized by a woven low profile sock configured with a sole area having small dots in the form of high friction buttons arrayed about the bottom thereof to, in practice, maintain frictional contact with the underlying support surface during the active maneuvers in a floor exercises.

There has been outlined rather broadly the more important features of the invention in order that the detailed description thereof that follows may be better understood and in order that the present contribution to the art may be better appreciated. There are, of course, additional features of the invention that will be described herein and which will form the subject matter of the claims appended hereto.

In this respect, before explaining my preferred of the invention in detail, it is to be understood is not limited in its application to the details of construction and to the arrangements of the components set forth in the following description or illustrated in the drawings. The invention is capable of other embodiments and of being practiced and carried in various ways. Also, it is to be understood that the phraseology and terminology employed herein are for the purposes of descriptions and should not be regarded as limiting.

As such, those skilled in the art will appreciate the conception, upon which this disclosure is based, may readily be utilized as a basis for the designing of other structures, methods and systems for carrying out the several purposes of the present invention. It is important, therefore, that the claims be regarded as including such equivalent constructions in so far as they do not depart from the spirit of the present invention.

The sock will be form fitting and actually present a feeling not unlike a second skin. The toes are separated in practice to enhance the balance, flexibility, performance and minimize perspiration. In those embodiments where the sock is constructed of cotton, a natural fiber that breathes that, it serves to reduce moisture and friction between the toes, provides precise control and can eliminate blistering during workouts.

Other features and advantages of the invention will become apparent from the following detailed description, taken in conjunction with the accompanying drawings which illustrate, by way of example, the features of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a bottom plan view of a gripping sock embodied in the present invention;

FIG. **2** is a left hand side view thereof;

FIG. **3** is a top plan view thereof;

FIG. **4** is a partial vertical sectional view, in a large scale, taken along the line **4-4** of FIG. **1**;

US 7,346,935 B1

3

FIG. **5** is a right side view, in reduced scale, of the high friction sock of FIG. **1** on a wearer's foot;

FIG. **6** is a partial top plan view taken along the line **6-6** of FIG. **5**; and

FIG. **7** is a detail view, in a large scale, taken from the circle **7** in FIG. **5**.

FIG. **8** is a bottom view of an embodiment of the gripping sock with at least 500 high friction buttons.

## DETAILED DESCRIPTION OF THE INVENTION

Referring to FIGS. **1**, **4** and **7**, the gripping sock of the present invention includes, generally, a knit tube **21** in the shape of a sock, an ankle portion **23** foot portion **25** and sole **27**. The sole includes heel and ball and sections **31** and **33** toe sections formed by the bottom walls of respective tubes **34**, **35**, **36**, **37**, **38** and **39** adhered to the underside of the sole portion is an array of high friction small diameter buttons **37** spaced throughout and located under at least the heel ball and toe portions of the sock.

Socks and particularly golf socks and the like are available in a relatively thin gauged material and are typically woven such that the sock material will stretch to fit over feet of various different sizes and shapes. In my invention, I prefer a relatively thin gauged weave, seamless weave, preferably about 30 gauge, to enhance the tactile characteristics thereof in use. The heddle may be about 130 (60×2) and the thread **30S** single cotton. **30S** single cotton is a specific example of a more general class of materials comprised of natural fibers. A sock is typically formed with a band around the ankle area and with a cup shape in the area of the heel section **31**. In a typical sock for adult use, the sock, in its unstretched condition, may have a sole width of about 3½" inches and be about 6" inches long. I prefer to have a fairly dense concentration of high friction buttons **37** disposed about the entire sole area and particularly in the heel ball and toe section. I have found that by applying a generally uniform concentration of small diameter buttons about the sole area I can be assured that the working foot area of the athlete in contact with the underlying floor surface will always have several buttons in contact with the floor surface to maintain a high friction resistance to unwanted slippage. In my preferred embodiment, I array the buttons in a diagonal, spaced apart rows underneath the sole and arranged in checker board fashion so as to also form approximately 27 to 29 longitudinal columns spaced laterally apart and about 33 lateral rows spaced longitudinally apart. I array about 13 to 15 buttons in the section underneath the big toe and about 8 to 9 under the second toe, 7 to 9 under the third toe, about 7 on the fourth toe and about 5 under the little toe.

Underneath the ball, arch and heel I prefer at least 500 buttons (see FIG. **8**), 900 preferably and for high energy activities about 950 buttons so that the small diameter buttons will add only minimum bulk to the body of the sock and present little resistance to foot articulation, while assuring that a plurality of buttons are always in contact with the underlying surface to thus maintain a firm grip to prevent accidental slippage.

In my preferred embodiment, I provide buttons which actually are more like dots and having a horizontal cross section of about ⅛" of an inch, a height of about ⅟₁₆" of an inch and a pattern spacing buttons uniformly apart ⅜" of an inch center to center. The button are preferably manufactured of rubberized material having substantial flexibility and are either flat on the bottom or formed with upwardly

4

concave dimples to act as mini-suction cups when pressed against smooth polished floor. The sock body may be woven in a conventional manner and the button adhered thereto by a high temperature and moisture resistant adhesive.

With this construction I have discovered that the participant can easily slide the gripping sock onto his or her foot and to present a feel not unlike that of a bare foot thus affording maximum flexibility, maneuverability and gripping action. The placement of the wearer's toes within the toe tubes **34**, **35**, **36**, **38** and **39** positions the toes for ready splaying during various floor maneuvers such that the toes can be bent in the metatarsal area as shown in FIG. **5** to spread out as shown in FIG. **6** to thus provide a high degree of maneuverability and flexibility giving the athlete a sense of freedom and security as is so important for pilates. As the exercise is undertaken and forces applied through the foot to the underlying floor, the composite array of buttons in, for instance, the ball and toe area will provide total support for the wearer's weight and will resist slippage as shown in FIG. **7** thereby maintaining a firm grip on the floor surface and resisting unwanted sliding during the floor maneuver.

My invention has proven particularly popular amongst pilates enthusiasts. In this regard, the socks are relatively compact to pack in the wearer's tote kit and, when the exercises are to be commenced, the wearer's street shoes may be removed and the thin woven sock will readily stretch approximately 10% to slide over the wearer's foot and up over the ankle with the toes being received in the toe tubes **34**, **35**, **36**, **38** & **39** as shown in FIGS. **5** and **6**. Then, as the wearer manipulates through various maneuvers, whether with the weight primary on the heel, on the ball, foot or up on the toes a firm reliable grip will be maintained with the floor surface. That is, the multiple friction buttons under the ball of the foot and toe as the wearer rises up on the ball of the foot and toes as shown in FIG. **5**, the toes are free to splay apart and, on the order of 44 to 45 buttons under the toes and an additional 4 to 5 rows of buttons under the ball of the foot will be in contact with the floor to thus create a substantial cumulative area of frictional contact to provide a stable and reliable support platform under the foot to thereby generate confidence in the mind of the wearer. The buttons, being dimpled upwardly in the center of the bottom surfaces, tend to assume an individual large area foot prints to afford a high degree of frictional contact and acting somewhat as small suction cups.

As the wearer moves about the floor and assumes different positions thus maneuvering the foot about from front to back and side to side, her or she can expect a high number of buttons to maintain favorable contact with the floor surface to thus afford a grip which will minimize slippage irrespective of the particular degree to which the foot is articulated medially, laterally, forward or back.

From the foregoing, it will be apparent that the high grip foot sock of the present invention provides an economical and highly reliable sock which is comfortable to wear, reliable and which will enhance the tactical feel one desires to achieve in high skill active floor exercises.

I claim:

**1**. A high friction grip sock comprising:

an elastic, stretchable knit material forming tubular ankle and foot portions, the foot portion including a sole portion defining toe, ball and heel sections;

the foot portion formed at its forward extremity with five forwardly projecting seamless, stretchable toe tubes to be stretched and received over the respective toes of a wearer;

US 7,346,935 B1

5

an array of high friction buttons spaced uniformly about and adhered to at least the bottom of the toe, ball and heel sections and having respective horizontal cross sections of about an $\frac{1}{8}^{th}$ of an inch; and

the knit material is comprised of about 30 gauge thread and the material comprises a blend of a natural fiber and an elastic material.

**2**. The high friction grip sock of claim **1** wherein:

the buttons are spaced apart by about a $\frac{3}{8}^{th}$ of an inch.

**3**. The high friction grip sock of claim **1** wherein:

the knit material is constructed with a heddle of about 130 (60×2).

**4**. The high friction grip sock of claim **1** wherein:

the knit material is constructed to have a stretch of about 10%.

**5**. The high friction grip sock of claim **1** that includes:

at least 500 high friction buttons.

**6**. The high friction grip sock of claim **1** wherein:

the high friction buttons have a horizontal dimension of at least an $\frac{1}{8}^{th}$ of an inch.

6

**7**. The high friction grip sock of claim **1** wherein:

the high friction buttons have a circular horizontal cross section with a diameter of about an $\frac{1}{8}^{th}$ of an inch.

**8**. A high friction sock comprising:

an elastic, seamless, knit material comprised of about 30 gauge thread, and a heddle of about 130 with at least 10% stretch and configured to form an ankle and foot portions, the foot portion including bottom wall defining a ball and heal sole sections and the foot portion further including five forwardly disposed seamless toe tubes, the respective bottom walls of the toe tubes defining toe sock section;

an array of high friction buttons having a horizontal cross sectional dimension of about an $\frac{1}{8}^{th}$ inch and a height of about a $\frac{1}{16}^{th}$ and spaced uniformly throughout and adhered to at least the sole section;

the knit material comprises a blend of a natural fiber and an elastic material.

\* \* \* \* \*

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ToeSox, Inc. | Body Up Fitness, LLC |

| (b) County of Residence of First Listed Plaintiff   San Diego, CA | County of Residence of First Listed Defendant |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>LAND INVOLVED. |

| (c) Attorney's (Firm Name, Address, and Telephone Number)<br>The Law Office of Manuel de la Cerra; 6885 Catamaran Drive;<br>Carlsbad, CA 92011; 760-809-5520 | Attorneys (If Known)<br>**'11CV2437 JAH NLS** |
|---|---|

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                              and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>& Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>Student Loans<br>(Excl. Veterans)<br>☐ 153 Recovery of Overpayment<br>of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>Liability<br>☐ 320 Assault, Libel &<br>Slander<br>☐ 330 Federal Employers'<br>Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>Product Liability<br>☐ 360 Other Personal<br>Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury -<br>Med. Malpractice<br>☐ 365 Personal Injury -<br>Product Liability<br>☐ 368 Asbestos Personal<br>Injury Product<br>Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>Property Damage<br>☐ 385 Property Damage<br>Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure<br>of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational<br>Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards<br>Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting<br>& Disclosure Act<br>☐ 740 Railway Labor Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/<br>Exchange<br>☐ 875 Customer Challenge<br>12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc.<br>Security Act | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>or Defendant)<br>☐ 871 IRS—Third Party<br>26 USC 7609 | ☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information<br>Act |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities -<br>Employment<br>☐ 446 Amer. w/Disabilities -<br>Other<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate<br>Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus -<br>Alien Detainee<br>☐ 465 Other Immigration<br>Actions | | ☐ 900Appeal of Fee Determination<br>Under Equal Access<br>to Justice<br>☐ 950 Constitutionality of<br>State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
~~35 USC Sec. 1 et. seq.~~  35:271
Brief description of cause:
Patent Infringement of USP 7,346,935

| VII. REQUESTED IN<br>COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION<br>UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint:<br>JURY DEMAND:  ☒ Yes  ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S)<br>IF ANY | (See instructions): | JUDGE | DOCKET NUMBER |
|---|---|---|---|

DATE
10/19/2011

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE